STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 20 2000

at 10 o'clock and 45 min. A.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00305 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [Title 21 U.S.C. Sections 841(a)(1), (b)(1)(A) and 846] |
| BRONICH STRONG, and       (01) ) | |
| HIROKI SHIMIZU,           (02) ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about July 10, 2000, to and including July 12, 2000, in the District of Hawaii, and elsewhere,

**BRONICH STRONG,**
**and**
**HIROKI SHIMIZU**

defendants herein, did willfully and unlawfully conspire together with each other, and others known and unknown to the grand jury,

to knowingly and intentionally possess with intent to distribute, in excess of fifty (50) grams of crystal methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

It was the object of the aforesaid conspiracy to possess for distribution crystal methamphetamine in Hawaii.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. On or about July 10, 2000, SHIMIZU met with STRONG and both agreed that STRONG would fly to Los Angeles, California as a courier for SHIMIZU to take up money and exchange it for illegal drugs.

2. On or about July 10, 2000, STRONG purchased a one-way ticket for a trip from Honolulu to Los Angeles.

3. On or about July 10, 2000, SHIMIZU gave to STRONG $350 in cash to pay for the ticket.

4. On or about July 10, 2000, STRONG flew from Honolulu to Los Angeles and carried on his person $30,000.00 in cash. STRONG received $30,000.00 from SHIMIZU prior to the trip.

5. On July 11, 2000, in Los Angeles, STRONG exchanged the $30,000.00 in cash for approximately 935 grams of Crystal Methamphetamine.

6.   On July 12, 2000, STRONG flew back to Hawaii with the 935 grams of Crystal Methamphetamine and was met at the Honolulu International Airport by SHIMIZU.

All in violation of Title 21, United States Code, Section 846.

COUNT 2:

The Grand Jury further charges that:

On or about July 12, 2000, **BRONICH STRONG and HIROKI SHIMIZU**, within the District of Hawaii, did knowingly and intentionally possess with intent to distribute, in excess of fifty (50) grams of crystal methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT 3:

The Grand Jury further charges that:

On or about July 12, 2000, **HIROKI SHIMIZU**, within the District of Hawaii, did knowingly and intentionally possess with intent to distribute, in excess of fifty (50) grams of crystal methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: __July 20__, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Bronich Strong, et al.
"Indictment"
Cr. No.

4