# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00305DAE |
| CASE NAME: | USA v. Bronich Strong |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Rustam Barbee |
| USPO: | Mark Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Steve Platt |
| DATE: | 3/16/2007 | TIME: | 9:45am-9:55am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-CONTINUED to 3/22/2007 @900amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager