# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 00-00305DAE

CASE NAME: USA v. Bronich Strong

ATTYS FOR PLA: Chris Thomas

ATTYS FOR DEFT: Rustam Barbee

USPO: Mark Nugent

JUDGE: David Alan Ezra           REPORTER: Debra Chun

DATE: 3/22/2007                   TIME: 9:00am-9:30am

COURT ACTION:  EP: Further Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant has already admitted to all violations.

SENTENCE:

Imprisonment:   30 MONTHS

Supervised Release:   NONE IMPOSED

JUDICIAL RECOMMENDATIONS: Drug treatment and mental health treatment.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager