AO 245D   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 02 2007

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **BRONICH STRONG** | Criminal Number: 1:00CR00305-001 |
| (Defendant's Name) | USM Number: 87738-022 |
| | RUSTAM BARBEE, ESQ. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of condition(s)   Special Condition No. 1; General Condition; Standard Condition No. 3; Standard Condition No. 6; and Standard Condition No. 2   of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

MARCH 22, 2007
Date of Imposition of Sentence

Defendant's Soc. Sec. No.:   **6862**

Defendant's Residence Address:
**Mililani, HI 96789**

Signature of Judicial Officer

Defendant's Mailing Address:
**Mililani, HI 96789**

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

APR 02 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:00CR00305-001                                                      Judgment - Page 2 of 3
DEFENDANT:       BRONICH STRONG

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Refusal to comply with drug testing | 1/31/2007 |
| 2 | Admitted use of methamphetamine | 2/25/2007 |
| 3 | Providing false information in response to Probation Officer questioning | 3/1/2007 |
| 4 | Failing to report a change in employment status | |
| 5 | Providing untruthful information on a monthly supervision report | 3/1/2007 |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:00CR00305-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | BRONICH STRONG | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>30 MONTHS</u>

[✔] The court makes the following recommendations to the Bureau of Prisons:
Drug treatment and mental health treatment.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal